MTK
F.# 2013R00505

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:  GRAND JURY SUBPOENA TO GOOGLE INC.<br>1600 AMPHITHEATER PARKWAY<br>MOUNTAIN VIEW, CA 94043 | TO BE FILED UNDER SEAL<br><br>**Application for Non-Disclosure Order Pursuant to 18 U.S.C. § 2705(b)**<br><br>No. 17 MC 2875 |

**APPLICATION FOR ORDER COMMANDING GOOGLE INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA**

The United States requests that the Court order Google Inc. (hereinafter "Google") not to notify any person (including the subscribers and customers of the account listed in the subpoena) of the existence of the subpoena attached to the proposed Order submitted herewith for a period of one year from the date of the proposed Order.

Google is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires Google to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached subpoena relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and there is reason to believe that its disclosure will alert the targets to the

ongoing investigation. Specifically, the account listed in the subpoena is believed to belong to or being used by an individual who is at large and who does not yet know of the extent of the investigation. Accordingly, there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b). Some of the evidence in this investigation is stored electronically and can be completely and permanently erased. Some of the evidence in this investigation involves communications that can be transferred to alternate platforms (including encrypted platforms and platforms beyond the jurisdictional reach of U.S. legal process). If alerted to the existence of the subpoena, there is reason to believe that the subjects under investigation will destroy that evidence and change their patterns of behavior.

   WHEREFORE, the United States respectfully requests that the Court grant the proposed Order directing Google not to disclose the existence or content of the subpoena attached to the proposed Order for a period of one year from the date of the proposed Order, except that Google may disclose the subpoena to an attorney for Google for the purpose of receiving legal advice.

   The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of

the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Dated: Brooklyn, New York
       October 25, 2017

                                        BRIDGET M. ROHDE
                                        Acting United States Attorney
                                        Eastern District of New York

By:   /s/_____
       Michael T. Keilty
       Assistant United States Attorney
       718-254-7528

MTK
F.# 2013R00505

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA TO GOOGLE INC.<br>1600 AMPHITHEATER PARKWAY<br>MOUNTAIN VIEW, CA 94043 | TO BE FILED UNDER SEAL<br><br>No. 17 MC 2875 |

**ORDER**

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google Inc., an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in the subpoena) of the existence of the attached subpoena for a period of one year from the date of this Order.

The Court determines that there is reason to believe that notification of the existence of the attached subpoena will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or endanger the life or physical safety of an individual.  *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google Inc. shall not disclose the existence of the attached subpoena, or this Order of the Court, to the listed subscriber or to any other person for a period of one year from the date of this Order, except that Google Inc. may disclose the attached subpoena to an attorney for Google Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated:  Brooklyn, New York
        October 25, 2017

                                                                                                                 _____
The Honorable Sanket J. Bulsara
United States Magistrate Judge

2